CHARLES HOFFMAN, Respondent, v. RIJA OPERATING CORPORATION and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

JOSEPH FRIED, Respondent, Appellant, v. PHILIP J. MORRIS, Appellant, Respondent.— Order modified by further granting plaintiff's motion to strike out the defense and counterclaim E in the amended answer, and as so modified affirmed, with ten dollars costs and disbursements to the plaintiff. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

SURETY ENGINEERING CO., INC., Respondent, v. C. W. HUNT CO., INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

RAFFAELE SIRCO, Respondent, v. LA SALA BROS., INC., and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

828 COLUMBUS AVENUE CORPORATION, Appellant, v. ELIZABETH M. FERRIS, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

In the Matter of GEORGE MEILER.— Orders affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

WILLIAM W. HOWARD, Respondent, v. STANDARD COMMERCIAL EXPORT AND FINANCE CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

In the Matter of the Application of RIVERSIDE ST. CLAIR CORPORATION, Appellant, against WILLIAM E. WALSH and Others, Respondents. ELIZABETH REED, as Sole Executrix, etc., of CHARLES H. REED, Intervening Defendant, Respondent. — Order affirmed, with ten dollars costs and disbursements to the intervening respondent. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ. [131 Misc. 652.]

MARGARET DRESSLER, Respondent, v. MAX NEWMAN, Defendant, Impleaded with IRVIN S. COBB, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

LENA BONOLLA, Respondent, v. MAX NEWMAN, Defendant, Impleaded with IRVIN S. COBB, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

IVAN A. LAING, as Administrator, etc., of MURIEL LAING, Deceased, Respondent, v. J. P. DUFFY Co., INC., Appellant.*—Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.; Merrell, J., dissents.

GEORGE WINDISCH, as Administrator, etc., of EUGENE WINDISCH, Deceased, Respondent, v. UVALDE ASPHALT PAVING Co., INC., Appellant, Impleaded, etc.†— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.; Merrell and O'Malley, JJ., dissent and vote for reversal and dismissal of the complaint.